IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE GOMEZ-MARTINEZ,<br>        Defendant.<br>_____/ | CR. NO. S-06-0089 DLJ |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE GOMEZ-MARTINEZ,<br>       Defendant.<br>_____/ | CR. NO. S-07-0228 EJG<br><br><u>RELATED CASE ORDER</u> |

    Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123 because they arise out of the same transaction or series of transactions and involve the same defendant. Specifically, the basis of the petition for violation of supervised release filed in Cr. No. 06-0089 DLJ is the conduct underlying the indictment in Cr. No. 07-0228 EJG. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

1  The parties should be aware that relating the cases under
2  Local Rule 83-123 merely results in both actions being assigned
3  to the same judge; no consolidation of the actions is effected.
4  Under the regular practice of this court, related cases are
5  generally assigned to the judge to whom the first filed action
6  was assigned.  However, because the conduct underlying the
7  Indictment in the later-filed case is also conduct underlying the
8  petition for violation of the terms of supervised release in the
9  earlier filed action, and pursuant to General Order No. 372, IT
10 IS HEREBY ORDERED that the action denominated Cr. No. S-06-0089
11 DLJ be, and the same hereby is, reassigned to Judge Edward J.
12 Garcia for all further proceedings.  Henceforth, the caption on
13 all documents filed in the reassigned case shall be shown as
14 <u>United States v. Gomez-Martinez</u>, Cr. No. S-06-0089 EJG.
15  A status conference will be held in both cases at 10:00
16 a.m., July 27, 2007, before Judge Garcia in Courtroom No. 8 of
17 the above-entitled court.
18  IT IS FURTHER ORDERED that the Clerk of the Court make
19 appropriate adjustment in the assignment of criminal cases to
20 compensate for this reassignment.
21  IT IS SO ORDERED.
22  July 9 , 2007            /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
23                            UNITED STATES DISTRICT COURT

2