DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE GOMEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-228 EJG |
| ) | CR-S-06-089 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| JOSE GOMEZ-MARTINEZ, ) | |
| ) | Date: August 17, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and JOSE GOMEZ-MARTINEZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for August 10, 2007, be vacated and rescheduled for status conference on August 17, 2007, at 10:00 a.m.

This continuance is being requested  because defense counsel needs additional time to review the revised plea offer with defendant.

IT IS FURTHER STIPULATED that the period from August 10, 2007, through and including August 17, 2007, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: August 8, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOSE GOMEZ-MARTINEZ

Dated: August 8, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
KYLE REARDON
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  August 8, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge